# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CINDY MASSERMAN,
On her behalf and on behalf of
all others similarly situated,

      Plaintiff,

v.

LANCESOFT, INC.,

      Defendant.

Case No. 2:22-cv-12145
Hon. Matthew F. Leitman

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>617 Detroit St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9789<br>noah@hurwitzlaw.com<br>grant@hurwitzlaw.com<br>kara@hurwitzlaw.com | Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>JACKSON LEWIS P.C.<br>Attorneys for Defendants<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>elyse.culberson@jacksonlewis.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between counsel for Plaintiff Cindy Masserman and Defendant LanceSoft, Inc., that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

**IT IS HEREBY ORDERED** that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 3, 2023

Stipulated to by:

| | |
|---|---|
| /s/ *Noah S. Hurwitz* | /s/ *Allan S. Rubin (with consent)* |
| Noah S. Hurwitz (P74063) | Allan S. Rubin (P44420) |
| HURWITZ LAW PLLC | JACKSON LEWIS P.C. |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: December 29, 2022